## RAYNOR v. PAGE.

*Evidence — in action to set aside fraudulent conveyance.*

In an action by a judgment creditor of P. to set aside as fraudulent a transfer of real estate by the judgment debtor to his wife, it was claimed by defendant that the wife paid the consideration named in the deed, and a witness for defendant testified that he loaned her the money and as security took a mortgage on the house belonging to her, and subsequently took a deed of part of the disputed property in satisfaction of the mortgage. *Held,* that a question by plaintiff whether witness held that deed as a mortgage or as absolute was proper.

APPEAL by plaintiff from a judgment in favor of defendants entered upon the report of a referee.

The action was brought by William H. Raynor against Mary E. Page and others to set aside as fraudulent a conveyance of real estate.

*Edmund Coffin, Jr.*, for appellant.

*Shaw & Jeroloman*, for respondent.

BARNARD, P. J.

The head-note contains the only point of any importance passed upon in the opinion.

*Judgment reversed and new trial granted.*